**Order entered October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00760-CR

### MARCUS DEWAYNE WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F16-75985-I**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal because State's Exhibit No. 1 had been destroyed and several other exhibits were missing. A supplemental clerk's record was filed October 9, 2018 with the trial court's October 8, 2018 findings regarding the missing exhibits. On October 12, 2018, a supplemental reporter's record of the hearing on those exhibits was also filed. We **ADOPT** the trial court's findings that (1) State's Exhibit 1 was inadvertently destroyed while uploading it to the Court's portal; (2) State's Exhibits 1, 2, 4, 7, and 77 are substituted exhibits provided by the prosecutor's office; and (3) these exhibits accurately duplicate, with reasonable certainty, the original exhibits. On October 9 and 10, 2018, State's Exhibits 1, 2, 4, 7, and 77, along with

State's (original) Exhibits 3, 11, 14, and 16 were uploaded via the Court's portal and are now on file. It appears the reporter's record is now complete.

We **GRANT** appellant's August 13, 2018 motion to the extent we **ORDER** that appellant's brief is due **THIRTY DAYS** from the date of this order.


/s/    LANA MYERS
        JUSTICE